IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JONATHAN WALTER,                  :

v.                                :    Civil Action No. WMN-02-2063

PREFERRED LABOR, LLC              :

                                  :

## MEMORANDUM

Before the Court is Defendant's Motion to Dismiss or in the alternative, Motion for Summary Judgment.  Paper No. 4.  The motion has been fully briefed.  Upon a review of the pleadings and applicable case law, the Court will grant Defendant's motion.

The factual issues presented to the Court stem from Plaintiff's termination by Defendant on November 20, 2001.  In dispute is whether Walter was entitled to receive the "superbonus" included in his employment contract.  It is undisputed that in order to qualify for the "superbonus" the employee had to be employed for a least thirty (30) days prior to the date that all bonus criteria are met and that his branch had to have a net operating income of at least $300,000 for the year.

Plaintiff asserts that he met the net operating income requirement prior to his termination.  Thus, although he was not employed by Defendant within (30) thirty days of the end of the year, under Maryland Labor & Employment § 3-505 he was entitled



to the "superbonus." Conversely, Defendant claims that the net operating income criteria for the "superbonus" were not met. Defendant also challenges Plaintiff's interpretation of § 3-505. Resolution of this matter does not require the interpretation of § 3-505 as Walter's recovery is barred by his failure to meet the threshold $300,000 net operating income requirement.

Plaintiff's assertion that he met the net operating income criteria for the "superbonus" is based upon a profitability report indicating that his branch, as of mid-November 2001, had a <u>gross</u> profit income of $427,729.46. Pl.'s Exh. A & C. In response, Preferred Labor notes that while Walter's gross profits were $427,729.46, his branch's <u>net</u> operating income was $181,250.48, well below the threshold amount. Def.'s Exh. 1, Attachment D. The "superbonus" criteria clearly utilize the net operating income figures and not gross profit figures. Def.'s Exh. 1, Attachment C ("Superbonus: At the end of the year, if your branch net operating income for the year exceeds $300,000, we'll pay you another 2.5% of net operating income in excess of $100,000.")

To avoid this clear result, Plaintiff asserts that the income statement presented by Preferred Labor was not properly authenticated. Without determining the merits of this assertion, the Court finds that any deficiency was cured by Defendant's submission of the Supplemental Affidavit of Brad Bernstein.

Def.'s Exh. 2.

The Court finds that there is no genuine dispute of material fact and that Defendant is entitled to summary judgment as a matter of law.  A separate order consistent with this memorandum will issue.

_____
William M. Nickerson
Senior United States District Judge

Dated: February 5, 2003