IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB -5  P 2: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

JONATHAN WALTER,                :

       Plaintiff,          :

v.                              :        Civil Action No. WMN 02CV2063

PREFERRED LABOR, LLC            :

       Defendant.          :

### ORDER

In accordance with the foregoing Memorandum, and the reasons stated therein, IT IS this 5th day of February, 2003, by the United States District Court for the District of Maryland, ORDERED:

    1.   That Defendant's Motion for Summary Judgment (Paper No. 4) is hereby GRANTED;

    2.   That judgment is ENTERED in favor of Defendant and against Plaintiff;

    3.   That this action is hereby CLOSED;

    4.   That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

    5.   That the Clerk of the Court shall mail or transmit



copies of the foregoing memorandum and this order to all counsel or record.

                                                   _____
                                                   William M. Nickerson
                                                 Senior United States District Judge